# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**RICHARD NIELDS**
                **Petitioner,**

-vs-                                  Case No.  C-1-03-0019

**WARDEN MARGARET BRADSHAW**
                            District Judge Thomas M. Rose

                **Respondent**

___

**ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. #32) TO REPORT AND RECOMMENDATIONS ON CERTIFICATE OF APPEALABILITY (DOC. #31) ADOPTING IN FULL SAID REPORT AND RECOMMENDATIONS DENYING PETITIONER'S REQUEST FOR SAID CERTIFICATE OF APPEALABILTIY (DOC. #28);  TERMINATION ENTRY**
___

      This matter comes before the Court pursuant to the Petitioner's Objections (Doc. #32) to the Magistrate Judge's Report and Recommendations (Doc. #31) which recommended the Court deny the Petitioner's Request for a Certificate of Appealability (Doc. #28).

      The Court has conducted a comprehensive de novo review of all filings in this matter and finds Petitioner's Objections (Doc. #32) not well-founded and, therefore, OVERRULES same ADOPTING in full the Magistrate Judge's Report and Recommendations (Doc. #31).

      IT is therefore ORDERED that Petitioner's Request for a Certificate of Appealability (Doc. #28) is DENIED and this case is TERMINATED.

July 29, 2005                       s/**THOMAS M. ROSE**

                                        _____
                                          THOMAS M. ROSE
                              UNITED STATES DISTRICT JUDGE